1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-01322-JAM-KJN |
|---|---|
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| APPROXIMATELY $56,698.35 IN U.S. CURRENCY, SEIZED FROM SAFE CREDIT UNION ACCOUNT NUMBER 486173, HELD IN THE NAME RIVER CITY COOPERATIVE CORP, and | |
| APPROXIMATELY $23,507.00 IN U.S. CURRENCY, SEIZED FROM SAFE CREDIT UNION ACCOUNT NUMBER 486261, HELD IN THE NAME RIVER CITY COOPERATIVE CORP, | |
| Defendants. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court

1 | shall designate by order the appropriate newspaper or other vehicle for publication;
2 |     3.    The defendant Approximately $56,698.35 in U.S. Currency seized from
3 | Safe Credit Union Account Number 486173, held in the name River City Cooperative
4 | Corp and Approximately $23,507.00 in U.S. Currency seized from Safe Credit Union
5 | Account Number 486261, held in the name River City Cooperative Corp  ("defendant
6 | funds") were seized on September 23, 2012 in Sacramento, in Sacramento County,
7 | California.
8 |     4.    Plaintiff proposes that publication be made as follows:
9 |         a.    One publication;
10 |        b.    Thirty (30) consecutive days;
11 |        c.    On the official internet government forfeiture
12 | site www.forfeiture.gov;
13 |        d.    The publication is to include the following:
14 |            (1)    The Court and case number of the action;
15 |            (2)    The date of the seizure/posting;
16 |            (3)    The identity and/or description of the property seized/posted;
17 |            (4)    The name and address of the attorney for the Plaintiff;
18 |            (5)    A statement that claims of persons entitled to possession or
19 | claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court
20 | and served on the attorney for the Plaintiff no later than 60 days after the first day of
21 | publication on the official internet government forfeiture site; and
22 |            (6)    A statement that answers to the Complaint or a motion
23 | under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1  and served within 21 days after the filing of the claims and, in the absence thereof,
2  default may be entered and condemnation ordered.

3  Dated: 5/16/12               BENJAMIN B. WAGNER
                                United States Attorney
4

5
                        By:     /s/ Kevin C. Khasigian
6                               KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney
7

8

9       **IT IS SO ORDERED.**

10 Dated: May 17, 2012          /s/ John A. Mendez
                                JOHN A. MENDEZ
11                              UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28