BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $56,698.35 in U.S. CURRENCY, SEIZED FROM SAFE CREDIT UNION ACCOUNT NUMBER 486173, HELD IN THE NAME RIVER CITY COOPERATIVE CORP, and<br><br>APPROXIMATELY $23,507.00 in U.S. CURRENCY, SEIZED FROM SAFE CREDIT UNION ACCOUNT NUMBER 486261, HELD IN THE NAME RIVER CITY COOPERATIVE CORP,<br><br>  Defendants. | 2:12-CV-01322-JAM-KJN<br><br>ORDER GRANTING THE UNITED STATES' *EX PARTE* APPLICATION TO CONTINUE THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JULY 16, 2012 TO AUGUST 20, 2012 |

**ORDER**

Pursuant to the United States' application and good cause appearing, the Court makes the following order:

///

///

///

1   Order Granting Ex Parte Application to Continue
    the Deadline to Submit a Joint Status Report

1  The deadline to file a joint status report in this case is extended from July 16,
2  2012 to August 20, 2012.
3
4  IT IS SO ORDERED.
5  Dated: 7/11/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge