BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-01322-JAM-KJN |
| Plaintiff, | |
| v. | |
| APPROXIMATELY $56,698.35 in U.S. CURRENCY, SEIZED FROM SAFE CREDIT UNION ACCOUNT NUMBER 486173, HELD IN THE NAME RIVER CITY COOPERATIVE CORP, and | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $23,507.00 in U.S. CURRENCY, SEIZED FROM SAFE CREDIT UNION ACCOUNT NUMBER 486261, HELD IN THE NAME RIVER CITY COOPERATIVE CORP,, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $56,698.35 in U.S. Currency seized from Safe Credit Union account number 486173, held in the name River City Cooperative Corp, and $23,507.00 in U.S. Currency seized from Safe Credit Union account number 486261 (collectively the "defendant funds"), held in the name River City Cooperative Corporation seized on or about September 23, 2011.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on

1

May 16, 2012, alleging that said defendant funds are subject to forfeiture to the United States pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2), and 21 U.S.C. § 881(a)(6).

3. On May 16, 2012, the Clerk issued a Warrant for Arrest for the defendant funds, and that warrant was duly executed on May 23, 2012.

4. Beginning on May 19, 2012, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on October July 10, 2012.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

 a. Lino W. Catabran
 b. Linda M. Catabran

6. Claimant Linda M. Catabran filed a Verified Claim on July 16, 2012, alleging an interest in the defendant funds and an Answer to Complaint for Forfeiture on September 19, 2012. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimant Linda M. Catabran and all other potential claimants who have not filed claims in this action.

3. Upon entry of the Final Judgment of Forfeiture, all right, title, and interest of Linda M. Catabran in the defendant Approximately $56,698.35 in U.S. Currency seized from Safe Credit Union account number 486173, held in the name River City Cooperative Corp, together with any interest that may have accrued, shall

be forfeited to the United States pursuant to 18 U.S.C. § 984, 31 U.S.C. § 5317(c)(2) and 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture, $11,476.20 of the $23,507.00 in U.S. Currency seized from Safe Credit Union Account Number 486261, held in the name River City Cooperative Corp, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 18 U.S.C. § 984, 31 U.S.C. § 5317(c)(2) and 21 U.S.C. § 881(a)(6), to be disposed of according to law.

5. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $12,030.80 of the $23,507.00 in U.S. Currency seized from Safe Credit Union Account Number 486261, held in the name River City Cooperative Corp, together with any interest that may have accrued on that amount, shall be returned to claimant Linda M. Catabran through her attorney Joseph J. Wiseman.

6. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

7. Claimant waives any and all claim or right to interest that may have accrued on the defendant funds being forfeited to the United States.

8. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on May 16, 2012, the Court finds that there was reasonable cause for the seizure and arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

Final Judgment of Forfeiture

9. All parties are to bear their own costs and attorneys' fees.

10. The U.S. District Court for the Eastern District of California, Hon. John A. Mendez, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 23rd day of January, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed May 16, 2012, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action.

DATED:  1/23/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge